# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL K. PAYNE,<br><br>    Defendant. | ) CASE NO. 12-mj-0221-PAL<br>)<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE BENCH TRIAL**<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between, HARVEY GRUBER, ESQ., Attorney for Defendant, PAUL K. PAYNE, and NADIA AHMED, ESQ., Special Assistant United States Attorney, that the bench trial in this matter presently set for January 16, 2013 at 8:45 a.m. in Courtroom 3B, be continued at the request of Defendant as he is still working out of the jurisdiction and will not be back until after March 1, 2013. Please reset the matter to sometime after March 1, 2013 for a status check on negotiations as the case has been resolved.

DATED this _7_ day of January, 2013

MAYFIELD, GRUBER & SHEETS

_____
HARVEY GRUBER, ESQ.
223 S. Water Street Ste C
Henderson, Nevada 89015
Attorney for Defendant

DATED this ___ day of January, 2013

U.S. ATTORNEY'S OFFICE

_____/s/ Nadia Ahmed_____
NADIA AHMED, ESQ.
Special Assistant U.S. Attorney
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101

. . .

. . .

. . .

. . .

## ORDER

IT IS HEREBY ORDERED the bench trial in the above matter be continued and reset for the 27th day of March , 2013   at 8:45am in Courtroom #3B.

DATED this 9th day of January , 2013.

HONORABLE JUDGE PEGGY A. LEEN
UNITED STATES DISTRICT COURT
COURTROOM 3B